Rick D. Roskelley (Bar No. 5125)
Email: rroskelley@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone: 702.862.8800
Fax: 702.862.8811

ATTORNEY FOR WINCO FOODS, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GLORIA MITCHELL, individually and on behalf of all other similarly situated**,** <br><br> Plaintiff, <br><br> v. <br><br> WINCO FOODS, LLC, a Delaware limited liability company**,** <br><br> Defendant. | Case No. 1:16-cv-00076-BLW <br><br> **[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS** |

Plaintiff GLORIA MITCHELL (hereinafter "Plaintiff") and Defendant WINCO FOODS, LLC (hereinafter "Defendant"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to file a Reply in Support of Its Motion to Dismiss from the current deadline of June 20, 2016 up to and including **July 5, 2016**.

/ / /

/ / /

/ / /

There is good cause for entering into this stipulation due to scheduling restraints on the part of Defendant's counsel necessitating additional time for the drafting of the Reply.  The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: June 17, 2016

Respectfully submitted,


/s/ Steven L. Woodrow

Eric B. Swartz, Esq.
eric@jonesandswartzlaw.com
JONES & SWARTZ PLLC
623 W. Hays Street
Boise, Idaho 83702

Steven L. Woodrow, Esq.
swoodrow@woodrowpeluso.com
Patrick H. Peluso, Esq.
ppeluso@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210


ATTORNEYS FOR GLORIA MITCHELL

Dated: June 17, 2016

Respectfully submitted,


/s/ Rick D. Roskelley

Rick D. Roskelley, Esq.
rroskelley@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937


ATTORNEY FOR WINCO FOODS, LLC

## ORDER

**IT IS SO ORDERED.**

Dated: _____, 2016.


_____
UNITED STATES DISTRICT COURT JUDGE