UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GLORIA MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br>WINCO FOODS, LLC,<br><br>    Defendant. | Case No. 1:16-cv-00076-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of defendant, and that this case be dismissed in its entirety.

DATED: March 7, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

**JUDGMENT - 1**