**Eric B. Swartz, ISB #6396**
**JONES & SWARTZ PLLC**
623 W. Hays Street
Telephone: (208) 489-8989
Facsimile: (208) 489-9888
Email: eric@jonesandswartzlaw.com

**Steven L. Woodrow***
**Patrick H. Peluso***
**Woodrow & Peluso, LLC**
3900 E Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Email: swoodrow@woodrowpeluso.com
        ppeluso@woodrowpeluso.com

**Pro Hac Vice*

*Attorneys for Plaintiff and the Putative Class*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GLORIA MITCHELL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WINCO FOODS, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendant. | Case No.  1:16-cv-00076-BLW<br><br>**MOTION TO RECONSIDER MEMORANDUM DECISION AND ORDER OF MARCH 7, 2017 DISMISSING THE CASE** |

　　　　　Plaintiff Gloria Mitchell, pursuant to Federal Rule of Civil Procedure 59(e), respectfully moves this Court to reconsider its March 7, 2017 Memorandum Decision & Order granting Defendant's Motion to Dismiss (Dkt. 28). The basis of the Motion is the recent Ninth Circuit case of *Syed v. M-I, LLC*, 846 F.3d 1034 (9th Cir. 2017), which found that plaintiffs who allege FCRA Section 1681b(b)(2) disclosure claims have sufficiently alleged a concrete and particularized injury.

This Motion is supported by the concurrently-filed Memorandum of Points and Authorities.

*          *          *          *          *

Respectfully Submitted,

Dated: March 10, 2017       **GLORIA MITCHELL**, individually,
and on behalf of all others similarly situated,


By:   /s/ Patrick H. Peluso

Eric B. Swartz
**JONES & SWARTZ PLLC**
623 W. Hays Street
Telephone: (208) 489-8989
Facsimile: (208) 489-9888
Email: eric@jonesandswartzlaw.com

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: (720) 213-0675
*Counsel for Plaintiff and the Putative Class*

*pro hac vice

## CERTIFICATE OF SERVICE

I am a resident of the State of Colorado, over the age of eighteen years old, and am not a party to this lawsuit. My business address is 3900 E. Mexico Avenue, Suite 300, Denver, Colorado 80210. I HEREBY CERTIFY that on the 10th day of March 2017, I filed the foregoing **MOTION TO RECONSIDER MEMORANDUM DECISION AND ORDER OF MARCH 7, 2017 DISMISSING THE CASE** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

      Rick D. Roskelley, Attorney for Defendant WinCo Foods, LLC.

      Mr. Roskelley's email address is rroskelley@littler.com.

I declare that the foregoing is true and correct.

                                     /s/ Patrick H. Peluso