UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GLORIA MITCHELL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WINCO FOODS, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | Case No. 1-16-cv-00076-BLW<br><br>ORDER |

**ORDER**

Pursuant to the United States Court of Appeals for the Ninth Circuit's Memorandum Disposition (Dkt. 42) in this matter, Plaintiff is hereby granted leave to amend her complaint. Plaintiff is ORDERED to file her amended complaint on or before January 28, 2019.

DATED: January 14, 2019

_____
B. Lynn Winmill
District Judge
United States District Court

ORDER - 1