Rick D. Roskelley (Bar No. 5125)
Email: rroskelley@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone: 702.862.8800
Fax: 702.862.8811

ATTORNEY FOR WINCO FOODS, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GLORIA MITCHELL, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WINCO FOODS, LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 1:16-cv-00076-BLW <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> **[FIRST REQUEST]** |

Plaintiff GLORIA MITCHELL and Defendant WINCO FOODS, LLC, by and through their undersigned counsel, stipulate to extend the time for Defendant to file a responsive pleading to Plaintiff's Second Amended Complaint from the current deadline of February 8, 2019, up to and including **February 22, 2019.**  This extension is necessary in order to provide adequate time for counsel for Defendant to receive and review necessary information in order to respond to Plaintiff's Second Amended Complaint.

This is the first request for an extension of time to respond to the Second Amended Complaint. This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: January 31, 2019 | Dated: January 31, 2019 |
| Respectfully submitted, | Respectfully submitted, |
| */s/ Steven L. Woodrow, Esq.* | */s/ Rick D. Roskelley, Esq.* |
| Steven L. Woodrow, Esq.<br>Patrick H. Peluso, Esq.<br>WOODROW & PELUSO, LLC<br>3900 East Mexico Ave., Suite 300<br>Denver, Colorado 80210 | Rick D. Roskelley, Esq.<br>rroskelley@littler.com<br>LITTLER MENDELSON, P.C.<br>3960 Howard Hughes Parkway<br>Suite 300<br>Las Vegas, NV  89169-5937<br>702.862.8800 |
| Eric B. Swartz, Esq.<br>JONES & SWARTZ PLLC<br>623 W. Hays Street<br>Boise, Idaho 83702 | ATTORNEY FOR WINCO FOODS, LLC |
| ATTORNEYS FOR GLORIA MITCHELL | |

FIRMWIDE:162144603.1 069820.1010