# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GLORIA MITCHELL, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WINCO FOODS, LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 1:16-cv-00076-BLW <br><br> **ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Pursuant to the parties' Stipulation and for good cause appearing,

**IT IS HEREBY ORDERED** that the parties' Stipulation to Extend Time for Defendant WinCo Foods, LLC, to File a Reply in Support of Defendant's Motion to Dismiss Plaintiff Gloria Mitchell's Second Amended Complaint is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant shall have up to and including April 11, 2019, to file a Reply in support of Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint.

DATED: March 25, 2019

_____
B. Lynn Winmill
U.S. District Court Judge