UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GLORIA MITCHELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WINCO FOODS, LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 1:16-cv-00076-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order concurrently filed, as well as the Court's May 19, 2019 Memorandum Decision and Order, Dkt. 61,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Defendant and that this case be DISMISSED IN ITS ENTIRETY .

DATED: August 21, 2019

_____
B. Lynn Winmill
U.S. District Court Judge

JUDGMENT - 1