UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GLORIA MITCHELL, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>WINCO FOODS, LLC, a Delaware limited liability company,<br><br>                  Defendant. | Case No. 1:16-cv-00076-BLW |

**NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 3 and 4, notice is hereby given that Plaintiff Gloria Mitchell appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Memorandum Decision & Order dismissing in part Plaintiff's complaint and her claims for statutory damages entered in this action on May 9, 2019 (Dkt. 61), and the District Court's subsequent Judgment dismissing the case in its entirety entered in this action on August 21, 2019 (Dkt. 71). Copies of both Orders are attached hereto as Exhibit A and Exhibit B, respectively.

\*         \*         \*         \*         \*

Respectfully Submitted,

Dated: September 18, 2019      **GLORIA MITCHELL**, individually, and on behalf of all others similarly situated,

By:  /s/ Patrick H. Peluso

Eric B. Swartz
**JONES & SWARTZ PLLC**
623 W. Hays Street
Telephone: (208) 489-8989
Facsimile: (208) 489-9888
Email: eric@jonesandswartzlaw.com

Steven L. Woodrow
swoodrow@woodrowpeluso.com*
Patrick H. Peluso
ppeluso@woodrowpeluso.com*
Woodrow & Peluso, LLC
 3900 East Mexico Ave., Suite 300
Denver, Colorado 80210

*Counsel for Plaintiff and the Putative Class*

*pro hac vice*

## REPRESENTATION STATEMENT

Plaintiff-Appellant, Gloria Mitchell, individually and on behalf of all others similarly situated, hereby submits the following Representation Statement:

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellant Gloria Mitchell, individually and on behalf of all others similarly situated | Eric B. Swartz<br>Jones & Swartz, PLLC<br>623 W. Hays Street<br>Boise, ID 83702<br>Telephone: (208) 489-8989<br>Facsimile: (208) 489-9888<br>Email: eric@jonesandswartzlaw.com<br><br>Steven L. Woodrow*<br>swoodrow@woodrowpeluso.com<br>Patrick H. Peluso*<br>ppeluso@woodrowpeluso.com<br>Woodrow & Peluso, LLC<br>3900 East Mexico Ave., Suite 300<br>Denver, Colorado 80210<br>Tel: (720) 213-0675<br>*Counsel for Plaintiff and the Putative Class*<br><br>*pro hac vice* |
| Defendant-Appellee Winco Foods, LLC, a Delaware limited liability company | Rick D. Roskelley<br>Littler Mendelson<br>3960 Howard Hughes Parkway, Suite 300<br>Las Vegas, NV 89169<br>Tel: (702) 862-8800<br>Email: rroskelley@littler.com |

## CERTIFICATE OF SERVICE

I am a resident of the State of Colorado, over the age of eighteen years old, and am not a party to this lawsuit. My business address is 3900 E. Mexico Avenue, Suite 300, Denver, Colorado 80210. I HEREBY CERTIFY that on the 18th day of September 2019, I filed the foregoing **NOTICE OF APPEAL** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Rick D. Roskelley, Attorney for Defendant WinCo Foods, LLC. Mr. Roskelley's email address is rroskelley@littler.com.

I declare that the foregoing is true and correct.

/s/ Patrick H. Peluso