Rick D. Roskelley (Bar No. 5125)
Email: rroskelley@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax: 702.862.8811

ATTORNEY FOR WINCO FOODS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GLORIA MITCHELL, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WINCO FOODS, LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 1:16-cv-00076-BLW <br><br> **DEFENDANT'S NOTICE OF CROSS APPEAL** |

Defendant WINCO FOODS, LLC (hereinafter "Defendant" or "WinCo"), by and through its attorney of record, Littler Mendelson, P.C., and pursuant to Federal Rules of Appellate Procedure 3 and 4 hereby gives notice that Defendant cross appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Memorandum Decision & Order dismissing in part Defendant's Motion to Dismiss entered in this action on May 9, 2019, (ECF No. 61), in finding that Plaintiff had adequately pled a violation of the Fair Credit Reporting Act.

A copy of the Order is attached hereto as Exhibit 1.

Dated: September 25, 2019						Respectfully submitted,


								*/s/ Rick D. Roskelley, Esq.*
								Rick D. Roskelley, Esq.
								rroskelley@littler.com
								LITTLER MENDELSON, P.C.
								3960 Howard Hughes Parkway, Suite 300
								Las Vegas, NV  89169-5937
								Tel: 702.862.8800

								ATTORNEY FOR WINCO FOODS, LLC

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169. On September 25, 2019, I served the within document(s):

### DEFENDANT'S NOTICE OF CROSS APPEAL

☐ By **United States Mail** – a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

| | |
|---|---|
| Eric B. Swartz, Esq. | Steven L. Woodrow, Esq. |
| JONES & SWARTZ PLLC | Patrick H. Peluso, Esq. |
| 623 W. Hays Street | WOODROW & PELUSO, LLC |
| Boise, Idaho 83702 | 3900 East Mexico Ave., Suite 300 |
| | Denver, Colorado 80210 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 25, 2019, at Las Vegas, Nevada.

        */s/ Maribel Rodriguez*
        Maribel Rodriguez